**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Syracuse, New York,<br><br>        Debtor. | Case No. 23-30663<br><br>Chapter 11<br><br>Judge Wendy A. Kinsella |
| The Roman Catholic Diocese of Syracuse, New York, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Arrowpoint Capital, et al.,<br><br>        Defendants. | Adv. Pro. No. 21-50002-5 |

**NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
MOTION TO INTERVENE IN ADVERSARY PROCEEDING NO. 21-50002-5**

     **PLEASE TAKE NOTICE** that on February 15, 2024, the Official Committee of Unsecured Creditors (the "Committee") moved the United States Bankruptcy Court for the Northern District of New York (the "Court") for entry of an order authorizing the Committee to intervene in Adversary Proceeding No. 21-5002-5 (the "Motion") [Adv. Dkt. No. 174].

     **PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on March 7, 2024 at 1:00 p.m. ET, or as soon thereafter as counsel may appear and be heard, before the Honorable Wendy A. Kinsella, United States Bankruptcy Judge for the Northern District of New York in the James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, NY 13261. Appearances may be made in-person or by telephone, by calling 888-398-2342 and entering access code 3187406#.

     **PLEASE TAKE FURTHER NOTICE** that any opposition to the relief requested in the Motion shall be in writing and shall be filed with the Clerk's Office, United States Bankruptcy Court for the Northern District of New York, Syracuse Division, and served no later than February 29, 2024 on (i) counsel to the Committee, Stinson LLP, Attn. Robert T. Kugler & Edwin H. Caldie, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402; (ii) counsel to the Debtor, Bond Schoeneck & King, PLLC, Attn: Stephen A. Donato & Charles J. Sullivan, One Lincoln Center, Syracuse, NY 13202-1355; and (iii) the United States Trustee for the Northern District of New York, Attn: Joseph W. Allen and Erin Champion, 10 Broad Street, Room 105, Utica, NY 13501.

1

Respectfully submitted,

Date: February 15, 2024  /s/ Robert T. Kugler
Robert T. Kugler (MN # 194116)
Edwin H. Caldie (MN # 388930)
**Stinson LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Main: 612-335-1500
Facsimile: 612-335-1657
Email:  robert.kugler@stinson.com
　　　　　ed.caldie@stinson.com

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Syracuse, New York,<br><br>      Debtor. | Case No. 23-30663<br><br>Chapter 11<br><br>Judge Wendy A. Kinsella |
| The Roman Catholic Diocese of Syracuse, New York, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>Arrowpoint Capital, et al.,<br><br>      Defendants. | Adv. Pro. No. 21-50002-5 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all registered parties. I also caused the foregoing document to be served via FedEx on the following:

U.S. Bankruptcy Court
Northern District of New York
James M. Hanley U.S. Courthouse and Federal Building
100 South Clinton Street
Syracuse, NY 13261
Attn: Clerk's Office

Office of The United States Trustee
10 Broad Street Room
105 Utica, NY 13501

Date: February 15, 2024                                                          /s/ Logan R. Kugler
                                                                                                          Logan R. Kugler

CORE/3520516.0002/187536999.1